# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

VOIP-PAL.COM, INC.,

vs.                                         Case No.:  20-cv-269-ADA

GOOGLE, LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Robert R. Laurenzi                                    , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Google LLC                                    in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

Paul Hastings LLP                             with offices at:

Mailing address:  200 Park Avenue

City, State, Zip Code:  New York, NY 10166

Telephone:  212-318-6000            Facsimile:  212-319-4090

2.  Since  10/01/2000                     , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  New York           .

Applicant's bar license number is  3024676                             .

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| New York | 10/01/2000 |
| Pennsylvania | 04/11/2000 |
| USCA Federal Circuit | 09/02/2016 |

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

None

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9:    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Paige Arnette Amstutz with Scott, Douglass & McConnico LLP

Mailing address:  303 Colorado Street, Suite 2400

City, State, Zip Code:  Austin, TX 78701

Telephone:  512-495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) (checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Robert R. Laurenzi _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Robert R. Laurenzi
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the 15th day of  May  , 2020 .

Robert R. Laurenzi
[printed name of Applicant]

[signature of Applicant]