UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | CIVIL ACTION NO. 20-cv-269-ADA |
| Plaintiff, | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE, LLC, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more that 10% of Alphabet Inc.'s stock.

DATED: May 18, 2020

Respectfully submitted,

/s/ Paige Arnette Amstutz
Stephen E. McConnico
State Bar No. 13450300
smcconnico@scottdoug.com
Paige Arnette Amstutz
State Bar No. 00796136
pamstutz@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Fax: (512) 495-6399

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 18, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                            */s/ Paige Arnette Amstutz*
                                            Paige Arnette Amstutz