# EXHIBIT 10

**Differences Between '606 Patent, Claim 1 and Allegedly Representative Claims Analyzed in NDCA by Judge Koh**

The following table provides a comparison of claim 1 of U.S. Patent 10,218,606 ("the '606 Patent") against six allegedly representative claims analyzed by Judge Koh in *Voip-Pal.Com, Inc. v. Apple Inc.*, 375 F. Supp. 3d 1110 (N.D. Cal. 2019)) and 411 F. Supp. 3d 926 (N.D. Cal. 2019)):

      A.    '606 Patent, Claim 1 vs. '815 Patent, Claim 1   (*see* 375 F. Supp. 3d 1110 (N.D. Cal. 2019) at pp.6-7)

      B.    '606 Patent, Claim 1 vs. '005 Patent, Claim 74  (*see* 375 F. Supp. 3d 1110 (N.D. Cal. 2019) at pp.7-8)

      C.    '606 Patent, Claim 1 vs. '002 Patent, Claim 1   (*see* 411 F. Supp. 3d 926 (N.D. Cal. 2019) at pp.19-23)

      D.    '606 Patent, Claim 1 vs. '002 Patent, Claim 26  (*see* 411 F. Supp. 3d 926 (N.D. Cal. 2019) at pp.27-29)

      E.    '606 Patent, Claim 1 vs. '549 Patent, Claim 9   (*see* 411 F. Supp. 3d 926 (N.D. Cal. 2019) at pp.23-27)

      F.    '606 Patent, Claim 1 vs. '762 Patent, Claim 21  (*see* 411 F. Supp. 3d 926 (N.D. Cal. 2019) at pp.29-31)

N.B.:   Red represents elements in the '606 patent claims that are not present in the allegedly representative claims.

      Yellow represent elements in the allegedly representative claims that are not present in the '606 patent claims.

      Claim elements which do not appear to correspond to anything in the claim being compared are labeled as "[n/a]" ("not applicable").

| A. U.S. Patent 10,218,606, Claim 1 (*see* '606 Patent at 37:30-38:4) | A. Comparison with Allegedly Representative Claim 1 of U.S. Patent 8,542,815 ("the '815 Patent") (*see* '815 Patent at 36:14-38) |
|---|---|
| 1. A method for routing communications in a packet switched communication system between a first participant device associated with a first participant and a second participant device associated with a second participant, the first and second participant devices being associated with first and second network elements of the communication system, respectively, the method comprising: | 1. A process for operating a call routing controller to facilitate communication between callers and callees in a system comprising a plurality of nodes with which callers and callees are associated, the process comprising: |
| receiving, by at least one processor, a second participant identifier associated with the second participant device, in response to initiation of a communication from the first participant device to the second | in response to initiation of a call by a calling subscriber, receiving a caller identifier and a callee identifier; |

| | |
|---|---|
| participant device, the first participant device being associated with a first participant identifier; | |
| causing the at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute; | locating a caller dialing profile comprising a username associated with the caller and a plurality of calling attributes associated with the caller; |
| processing the second participant identifier and the at least one first participant attribute, using the at least one processor, to produce a new second participant identifier based on at least one match between the second participant identifier and the at least one first participant attribute; | determining a match when at least one of said calling attributes matches a portion of said callee identifier; |
| processing the new second participant identifier, using the at least one processor, to determine whether the second network element is the same as the first network element; | classifying the call as a public network call when said match meets public network classification criteria and classifying the call as a private network call when said match meets private network classification criteria; |
| when the second network element is determined to be the same as the first network element, producing a routing message identifying a first network address associated with the first network element, using the at least one processor; and | when the call is classified as a private network call, producing a private network routing message for receipt by a call controller, said private network routing message identifying an address, on the private network, associated with the callee; |
| when the second network element is determined not to be the same as the first network element, producing a routing message identifying a second network address associated with the second network element, using the at least one processor; | when the call is classified as a public network call, producing a public network routing message for receipt by the call controller, said public network routing message identifying a gateway to the public network. |
| wherein the packet switched communication system attempts to establish the communication from the first participant device to the second participant device based on at least one network address identified in the routing message. | [n/a] |
| **B.  U.S. Patent 10,218,606, Claim 1**<br>(*see* '606 Patent at 37:30-38:4) | **B.  Comparison with Allegedly Representative Claim 74 of U.S. Patent 9,179,005 ("the '005 Patent")** (*see* '005 Patent at 43:41-65) |

| | |
|---|---|
| 1. A method for routing communications in a packet switched communication system between a first participant device associated with a first participant and a second participant device associated with a second participant, the first and second participant devices being associated with first and second network elements of the communication system, respectively, the method comprising: | 74. A method of routing communications in a packet switched network in which a first participant identifier is associated with a first participant and a second participant identifier is associated with a second participant in a communication, the method comprising: |
| receiving, by at least one processor, a second participant identifier associated with the second participant device, in response to initiation of a communication from the first participant device to the second participant device, the first participant device being associated with a first participant identifier; | after the first participant has accessed the packet switched network to initiate the communication, |
| causing the at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute; | using the first participant identifier to locate a first participant profile comprising a plurality of attributes associated with the first participant; |
| processing the second participant identifier and the at least one first participant attribute, using the at least one processor, to produce a new second participant identifier based on at least one match between the second participant identifier and the at least one first participant attribute; | [n/a] |
| processing the new second participant identifier, using the at least one processor, to determine whether the second network element is the same as the first network element; | [n/a] |
| when the second network element is determined to be the same as the first network element, producing a routing message identifying a first network address associated with the first network element, using the at least one processor; and | when at least one of the first participant attributes and at least a portion of the second participant identifier meet a first network classification criterion, producing a first network routing message identifying an address in a first portion of the packet switched network, the address being associated with the second participant, the first portion being controlled by an entity; and |
| when the second network element is determined not to be the same as the first network element, producing a routing message identifying a | when at least one of the first participant attributes and at least a portion of the second participant identifier meet a second network |

| | |
|---|---|
| second network address associated with the second network element, using the at least one processor; | classification criterion, producing a second network routing message for receipt by the controller, the second network routing message identifying an address in a second portion of the packet switched network, the second portion not controlled by the entity. |
| wherein the packet switched communication system attempts to establish the communication from the first participant device to the second participant device based on at least one network address identified in the routing message. | [n/a] |
| **C.  U.S. Patent 10,218,606, Claim 1** (*see* '606 Patent at 37:30-38:4) | **C.  Comparison with Allegedly Representative Claim 1 of U.S. Patent 9,826,002 ("the '002 Patent") (*see* '002 Patent at 37:30-38:2)** |
| 1. A method for routing communications in a packet switched communication system between a first participant device associated with a first participant and a second participant device associated with a second participant, the first and second participant devices being associated with first and second network elements of the communication system, respectively, the method comprising: | 1. A method of routing a communication in a communication network system between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising: |
| receiving, by at least one processor, a second participant identifier associated with the second participant device, in response to initiation of a communication from the first participant device to the second participant device, the first participant device being associated with a first participant identifier; | in response to initiation of the communication by the first participant device, receiving, by a controller comprising at least one processor, over an Internet protocol (IP) network a first participant identifier and a second participant identifier, the second participant identifier being associated with the second participant device; |
| causing the at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute; | causing the at least one processor to access a database comprising user profiles, using the first participant identifier, each user profile associating a respective plurality of attributes with a respective user, to locate a plurality of first participant attributes; |
| processing the second participant identifier and the at least one first participant attribute, using the at least one processor, to produce a new second participant identifier based on at least one match between the second participant identifier and the at least one first participant attribute; | processing the second participant identifier, using the at least one processor, based on at least one of the plurality of first participant attributes obtained from a user profile for the first participant, to produce a new second participant identifier; |

| | |
|---|---|
| processing the new second participant identifier, using the at least one processor, to determine whether the second network element is the same as the first network element; | classifying the communication, based on the new second participant identifier, as a system communication or an external network communication, using the at least one processor; |
| when the second network element is determined to be the same as the first network element, producing a routing message identifying a first network address associated with the first network element, using the at least one processor; and | when the communication is classified as a system communication, producing a system routing message identifying an Internet address associated with the second participant device, using the at least one processor, wherein the system routing message causes the communication to be established to the second participant device; and |
| when the second network element is determined not to be the same as the first network element, producing a routing message identifying a second network address associated with the second network element, using the at least one processor; | when the communication is classified as an external network communication, producing an external network routing message identifying an Internet address associated with a gateway to an external network, using the at least one processor, wherein the external network routing message causes the communication to the second participant device to be established using the gateway to the external network. |
| wherein the packet switched communication system attempts to establish the communication from the first participant device to the second participant device based on at least one network address identified in the routing message. | [see above] |
| **D.  U.S. Patent 10,218,606, Claim 1** (*see* '606 Patent at 37:30-38:4) | **D.  Comparison with Allegedly Representative Claim 26 of U.S. Patent 9,826,002** (*see* '002 Patent at 42:32-38) |
| [*see* above for recital of all the elements in Claim 1] | 26. The method of claim 1, further comprising: |
| [n/a] | accessing the database to locate communication blocking information associated with the second participant, using the at least one processor; and |
| [n/a] | blocking the communication when the communication blocking information identifies the first participant identifier. |

| E.  U.S. Patent 10,218,606, Claim 1 (*see* '606 Patent at 37:30-38:4) | E.  Comparison with Allegedly Representative Claim 9 of U.S. Patent 9,948,549 ("the '549 Patent") (*see* '549 Patent at 38:48-59) |
|---|---|
| | *[N.B.: Claim 9 of the '549 Patent incorporates Claim 1 by reference]* |
| 1. A method for routing communications in a packet switched communication system between a first participant device associated with a first participant and a second participant device associated with a second participant, the first and second participant devices being associated with first and second network elements of the communication system, respectively, the method comprising: | 1. A method of routing a communication in a communication system between an Internet-connected first participant device associated with a first participant and a second participant device associated with a second participant, the method comprising: |
| receiving, by at least one processor, a second participant identifier associated with the second participant device, in response to initiation of a communication from the first participant device to the second participant device, the first participant device being associated with a first participant identifier; | receiving, by the at least one processor, a second participant identifier inputted by the first participant using the first participant device to initiate a communication, the second participant identifier being associated with the second participant device; |
| causing the at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute; | causing at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute;<br><br>*[N.B.: This claim element is recited before the preceding claim element in the '549 Patent; it has been reordered here to facilitate comparison]* |
| processing the second participant identifier and the at least one first participant attribute, using the at least one processor, to produce a new second participant identifier based on at least one match between the second participant identifier and the at least one first participant attribute; | processing the second participant identifier, based on the at least one first participant attribute obtained from the first participant profile, to produce a new second participant identifier; |

| | |
|---|---|
| processing the new second participant identifier, using the at least one processor, to determine whether the second network element is the same as the first network element; | classifying the communication as a system communication or an external network communication; |
| when the second network element is determined to be the same as the first network element, producing a routing message identifying a first network address associated with the first network element, using the at least one processor; and | when the communication is classified as a system communication, producing a system routing message, based on the new second participant identifier, that identifies an Internet Protocol (IP) address of a network element through which the communication is to be routed thereby causing the communication to be established to the second participant device; and |
| when the second network element is determined not to be the same as the first network element, producing a routing message identifying a second network address associated with the second network element, using the at least one processor; | when the communication is classified as an external network communication, producing an external network routing message, based on the new second participant identifier, that identifies an address associated with a gateway to an external network thereby causing the communication to the second participant device to be established by use of the gateway to the external network. |
| wherein the packet switched communication system attempts to establish the communication from the first participant device to the second participant device based on at least one network address identified in the routing message. | [see above] |
| [n/a] | 8. The method of claim 1, wherein classifying the communication comprises causing the at least one processor to:<br><br>determine whether a profile associated with the new second participant identifier exists in a database, and when a profile associated with the new second participant identifier does not exist in the database, classify the communication as an external network communication. |
| [n/a] | 9. The method of claim 8, wherein, when a profile associated with the new second participant identifier exists in the database, causing the least one processor to classify the communication as a system communication. |

| F.  U.S. Patent 10,218,606, Claim 1 (*see* '606 Patent at 37:30-38:4) | F.  Comparison with Allegedly Representative Claim 21 of U.S. Patent 9,537,762 ("the '762 Patent") (*see id.* at 39:41-40:14) |
|---|---|
| 1. A method for routing communications in a packet switched communication system between a first participant device associated with a first participant and a second participant device associated with a second participant, the first and second participant devices being associated with first and second network elements of the communication system, respectively, the method comprising: | 21. A method of routing communications in a system in which a first participant identifier is associated with a first participant registered with the system and wherein a second participant identifier is associated with a second participant, the first participant being associated with a first participant device operable to establish a communication using the system to a second participant device associated with the second participant, the system comprising at least one processor operably configured to execute program code stored on at least one memory, the method comprising: |
| receiving, by at least one processor, a second participant identifier associated with the second participant device, in response to initiation of a communication from the first participant device to the second participant device, the first participant device being associated with a first participant identifier; | in response to the first participant device initiating the communication to the second participant device, receiving the first participant identifier and the second participant identifier from the first participant device; |
| causing the at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute; | using the first participant identifier to locate, via the at least one processor, a first participant profile from among a plurality of participant profiles that are stored in a database, the first participant profile comprising one or more attributes associated with the first participant; |
| processing the second participant identifier and the at least one first participant attribute, using the at least one processor, to produce a new second participant identifier based on at least one match between the second participant identifier and the at least one first participant attribute; | determining a match when at least one of said calling attributes matches a portion of said callee identifier; |
| processing the new second participant identifier, using the at least one processor, to determine whether the second network element is the same as the first network element. | [n/a] |

8

| | |
|---|---|
| when the second network element is determined to be the same as the first network element, producing a routing message identifying a first network address associated with the first network element, using the at least one processor; and | when at least one of the one or more attributes and at least a portion of the second participant identifier meet a first network classification criterion, producing, via the at least one processor, a first network routing message, the first network routing message identifying an address in the system, the address being associated with the second participant device; |
| when the second network element is determined not to be the same as the first network element, producing a routing message identifying a second network address associated with the second network element, using the at least one processor; | when at least one of the one or more attributes and at least a portion of the second participant identifier meet a second network classification criterion, producing, via the at least one processor, a second network routing message, the second network routing message identifying an address associated with a gateway to a network external to the system, wherein the second network classification criterion is met if the second participant is not registered with the system; and |
| wherein the packet switched communication system attempts to establish the communication from the first participant device to the second participant device based on at least one network address identified in the routing message. | |
| | when at least one of the one or more attributes meets a third network classification criterion, producing, via the at least one processor, an error message and causing prevention of the communication from being established. |