# EXHIBIT 12

# Cases Search

14 Results

Judges: Lucy H. Koh   Case Status: Active

| Case | Case Filing Date ▼ |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless v. VoIP-Pal.com, Inc. <br> 5-20-cv-03092 (NDCA) | May. 05, 2020 |
| AT&T Corp. et al v. VoIP-Pal.com, Inc. <br> 5-20-cv-02995 (NDCA) | Apr. 30, 2020 |
| Proven Networks, LLC v. F5 Networks, Inc. <br> 5-20-cv-02521 (NDCA) | Apr. 13, 2020 |
| Apple Inc v. Voip-Pal.com, Inc. <br> 5-20-cv-02460 (NDCA) | Apr. 10, 2020 |
| Twitter, Inc. v. Voip-Pal.com, Inc. <br> 5-20-cv-02397 (NDCA) | Apr. 08, 2020 |
| Proven Networks, LLC v. Extreme Networks, Inc. <br> 5-20-cv-02067 (NDCA) | Mar. 24, 2020 |
| Cisco Systems, Inc. v. Capella Photonics, Inc. <br> 3-20-cv-01858 (NDCA) | Mar. 16, 2020 |
| Uniloc USA Inc et al v. LG Electronics USA Inc et al <br> 5-18-cv-06738 (NDCA) | Nov. 06, 2018 |
| Illumina, Inc. et al v. Ariosa Diagnostics, Inc. et al <br> 3-18-cv-02847 (NDCA) | May. 15, 2018 |
| Corephotonics, Ltd. v. Apple Inc. <br> 5-18-cv-02555 (NDCA) | Apr. 30, 2018 |
| Uniloc USA, Inc. et al v. Apple Inc. <br> 5-18-cv-00357 (NDCA) | Jan. 17, 2018 |
| PersonalWeb Technologies, LLC et al v. Atlassian, Inc. <br> 5-18-cv-00154 (NDCA) | Jan. 08, 2018 |
| PersonalWeb Technologies LLC et al v. Venmo, Inc. <br> 5-18-cv-00177 (NDCA) | Jan. 08, 2018 |
| Waymo LLC v. Uber Technologies, Inc. et al <br> 3-17-cv-00939 (NDCA) | Feb. 23, 2017 |