# EXHIBIT 13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWITTER, INC., | Case No. 20-CV-02397-LHK |
| Plaintiff, | Case No. 20-CV-02460-LHK |
| v. | **CASE MANAGEMENT ORDER** |
| VOIP-PAL.COM, INC., | |
| Defendant. | |
| | |
| APPLE INC, | |
| Plaintiff, | |
| v. | |
| VOIP-PAL.COM, INC., | |
| Defendant. | |

On July 22, 2020, the parties filed a joint case management statement and proposed a case schedule. The Court hereby ADOPTS the following case schedule and CONTINUES the July 29, 2020 case management conference to December 16, 2020. Finally, the Court DENIES Defendant's administrative motion to continue the case management conference as moot.

| Scheduled Event | Date |
|---|---|
| Initial Disclosures | July 22, 2020 |
| Deadline to Submit Proposed Protective Order and ESI Order | September 8, 2020 |
| Last Day to Amend the Pleadings/Add Parties | September 22, 2020 |
| Further Case Management Conference | December 16, 2020 |
| Disclosure of Asserted Claims and Infringement Contentions | January 6, 2021 |
| Invalidity Contentions | February 19, 2021 |
| Exchange of Proposed Terms for Construction | March 5, 2021 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | March 26, 2021 |
| Damages Contentions | April 12, 2021 |
| Joint Claim Construction and Prehearing Statement | April 21, 2021 |
| Responsive Damages Contentions | May 12, 2021 |
| Close of Claim Construction Discovery | May 21, 2021 |
| Opening Claim Construction Brief | June 7, 2021 |
| Responsive Claim Construction Brief | June 21, 2021 |
| Reply Claim Construction Brief | June 28, 2021 |
| Claim Construction Hearing | July 22, 2021 at 1:30 p.m. |
| Close of Fact Discovery | November 19, 2021 |
| Opening Expert Reports | January 10, 2022 |
| Rebuttal Expert Reports | February 9, 2022 |
| Close of Expert Discovery | March 11, 2022 |
| Last Day to File Dispositive Motions and Daubert Motions | April 25, 2022 |
| Hearing on Dispositive Motions and Daubert Motions | June 30, 2022 at 1:30 p.m. |
| Pretrial Conference | September 22, 2022 at 1:30 p.m. |
| Jury Trial | November 7, 2022 |
| Length of Jury Trial | 5 days |

**IT IS SO ORDERED.**

Case Nos. 20-CV-02397-LHK, 20-cv-02460-LHK
CASE MANAGEMENT ORDER

United States District Court
Northern District of California

Dated: July 27, 2020

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case Nos. 20-CV-02397-LHK, 20-cv-02460-LHK
CASE MANAGEMENT ORDER

United States District Court
Northern District of California