# EXHIBIT 15

## Enterprise Data Customer Engineer, Google Cloud

Share   Save

Google   New York, NY, USA   Atlanta, GA, USA   Austin, TX, USA   + 5 more locations

Qualifications:
- 5 years of experience working with SQL.
- Experience architecting solutions with enterprise scale relational database technologies (Oracle, SQL Server), including performance, tuning, sizing, costing, etc for cloud solutions.
- Experience with data migration strategies and moving production systems either in on-premise/data center environments or migration to cloud scenarios.

Expand

## Technical Solutions Consultant, Storage

Share   Save

Google   Sunnyvale, CA, USA   Atlanta, GA, USA   Austin, TX, USA   + 4 more locations

Qualifications:
- Bachelor's degree in Computer Science, Math, related technical field or equivalent practical experience.
- 10 years of relevant experience in software development/professional services/solution engineering/technical consulting with experience in architecting and developing new technology and solution initiatives.
- Experience in designing and implementing scalable cloud-based solution architectures for PaaS, IaaS or SaaS.

Expand

## Product Operations Manager, Google Cloud Customer Care

Share    Save

Google    Austin, TX, USA

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 3 years of experience working in sales, support, or offer development.
- Experience working in a Support organization with industry experience in cloud computing, enterprise, software, or services.

Expand

## Deal Pricing Associate, Global Business Practices, Google Cloud

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA    New York, NY, USA    + 1 more location

Qualifications:

- Bachelor's degree in a quantitative field (e.g., Computer Science, Mathematics, Statistics, Engineering) or equivalent practical experience.
- Experience with infrastructure/high-tech B2B pricing or business strategy.

Expand

## Infrastructure Modernization Scale Specialist, Google Cloud

Share   Save

Google   Chicago, IL, USA   Austin, TX, USA   Boulder, CO, USA   + 8 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 8 years of experience in SaaS, IaaS and PaaS sales or consulting.
- 5 years of experience with Infrastructure Modernization applications and positioning.

Expand

## Application Modernization Scale Solution Specialist, Google Cloud

Share   Save

Google   Chicago, IL, USA   Austin, TX, USA   Boulder, CO, USA   + 8 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 8 years of experience in SaaS, IaaS and PaaS sales and/or consulting.
- 5 years of experience with Application Modernization applications and positioning.

Expand

## Chrome Partner Sales Engineer

Share   Save

Google   New York, NY, USA   Austin, TX, USA   Chicago, IL, USA

Qualifications:

- Bachelor's degree or equivalent practical experience.
- Industry experience in a customer-facing or consulting role in professional services, software development, systems integration or systems engineering.

Expand

## Director, Global Grocery Solutions, Google Cloud

⊖ Share    🔖 Save

🏢 Google    📍 Sunnyvale, CA, USA    Austin, TX, USA    New York, NY, USA    + 2 more locations

Qualifications:
- Bachelor's degree in Business Administration, Engineering, Computer Science, or equivalent practical experience.
- 10 years of experience working in Grocery in strategic, innovation or direct-to-consumer capacities.
- Experience in strategic planning, business development, or experience in evaluating, incubating, and launching technology or innovations within a business.

Expand

## Cloud Data Warehouse Engineer, Professional Services

⊖ Share    🔖 Save

🏢 Google    📍 Austin, TX, USA    Boulder, CO, USA    Chicago, IL, USA

Qualifications:
- Bachelor's degree in Computer Science, related technical field, or equivalent practical experience.
- 2 years of relevant experience managing client-facing projects and troubleshooting technical issues.
- Experience with database technologies (such as Teradata, Netezza, Oracle, or SQL Server) and Data Warehousing concepts.
- Experience writing software in Java or Python, and SQL.

Expand

## Cloud Database Migration Engineer, Professional Services

⊖ Share    🔖 Save

🏢 Google    📍 Sunnyvale, CA, USA    Atlanta, GA, USA    Austin, TX, USA    + 3 more locations

Qualifications:
- Bachelor's degree in Computer Science, Mathematics or related field, or equivalent practical experience.
- Experience writing software in Java, C++, Python, Go and/or JavaScript.
- Experience with database technologies such as PostgreSQL, MySQL, SQL Server, Oracle.
- Experience with database administration techniques.

Expand

## Senior Interaction Designer, Accessibility

Share   Save

Google   ◍ Mountain View, CA, USA   Austin, TX, USA   Cambridge, MA, USA   + 10 more locations

Qualifications:

- Bachelor's degree in Design or equivalent practical experience.
- Experience collaborating with multidisciplinary teams of Designers, Researchers, Engineers, Content Strategists and Product Managers throughout the design process.
- Experience creating user flows and wireframes to building user interface mockups and prototypes. Experience designing across platforms.
- Portfolio highlighting projects that demonstrate experience crafting usable digital interfaces.

Expand

## User Experience Researcher

Share   Save

Google   ◍ Mountain View, CA, USA   Austin, TX, USA   Kirkland, WA, USA   + 5 more locations

Qualifications:

- BA/BS degree in Anthropology, Human-Computer Interaction (HCI), Human Factors, Psychology, Sociology, or a related field or equivalent practical experience.
- Experience with research design utilizing various methods including but not limited to usability studies, contextual inquiry, and surveys.
- Relevant product research experience, either in an end-to-end, usability, or generative setting.

Expand

## Cloud AI Customer Engineering Manager, Center of Excellence

Share   Save

Google   ◍ Atlanta, GA, USA   Austin, TX, USA   Boulder, CO, USA   + 6 more locations

Qualifications:

- Bachelor's degree in Computer Science, a related technical field or equivalent practical experience.
- Experience with CCAI or equivalent technologies, Document and Image AI, Build and Use AI.
- 3 years of experience managing a technical team in a cloud computing environment, or equivalent experience in a similar customer facing role.

Expand

## Performance Equity Manager, People Operations

Share    Save

Google    📍 Mountain View, CA, USA    Austin, TX, USA    Boulder, CO, USA    + 3 more locations

Qualifications:

- Bachelor's degree in Organizational Behavior, Psychology, Sociology, similar field or equivalent practical experience.
- 10 years of relevant work experience.
- 2 years of people management experience.
- 2 years of experience working on diversity, equity and inclusion.

Expand

## Head of Supportability, Cloud Support Operations, Google Cloud

Share    Save

Google    📍 Austin, TX, USA    New York, NY, USA    Seattle, WA, USA    + 2 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 5 years experience managing or leading teams.
- 5 years of experience in program management.
- Experience with Cloud platforms and technologies.

Expand

## Vice President, Consumer Packaged Goods Solutions, Google Cloud

Share    Save

Google    📍 Mountain View, CA, USA    Austin, TX, USA    New York, NY, USA    + 3 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 15 years of experience in the CPG industry (or CPG-related) firms.
- 10 years of executive experience leveraging digital technologies to transform business and operational processes.
- Experience with information technology and computer systems that support enterprise goals (including exposure to Cloud technologies and machine learning).

Expand

## Program Manager, Contingent Workforce

GD Share    🔖 Save

🏢 Google    📍 Mountain View, CA, USA    Austin, TX, USA    Boulder, CO, USA    + 4 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 5 years of work experience in consulting or program management for contingent/vendor strategy, HR Operations, workforce planning, or similar.

Expand

## Enterprise Application Modernization Customer Engineer, Google Cloud

GD Share    🔖 Save

🏢 Google    📍 New York, NY, USA    Atlanta, GA, USA    Austin, TX, USA    + 9 more locations

Qualifications:

- Experience serving in the capacity of a technical sales engineer in a cloud computing environment or equivalent experience in a customer facing role.
- Practical experience with legacy and modern application development, cloud service delivery, and deployment methods (i.e CI/CD)
- Practical experience with serverless and microservice architecture that includes containers and associated technologies (Kubernetes)

Expand

## Director, Consumer Packaged Goods, Google Cloud

⧉ Share    🔖 Save

🏢 Google    📍 Sunnyvale, CA, USA    New York, NY, USA    Seattle, WA, USA    + 2 more locations

Qualifications:

- Bachelor's degree in Business Administration, Engineering, Computer Science, or equivalent practical experience.
- 10 years of experience working in CPG.
- Experience in strategic planning, business development, or experience in evaluating, incubating, and launching technology or innovations within a business.

Expand

## Strategic Advisor, Contingent Workforce

⧉ Share    🔖 Save

🏢 Google    📍 Mountain View, CA, USA    Austin, TX, USA    Boulder, CO, USA    + 4 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 7 years of experience in a consulting or vendor strategy and management role.

Expand

## Hybrid Cloud Customer Engineering Manager, Center of Excellence

⧉ Share    🔖 Save

🏢 Google    📍 Atlanta, GA, USA    Austin, TX, USA    Boulder, CO, USA    + 6 more locations

Qualifications:

- Bachelor's degree in Computer Science, a related technical field or equivalent practical experience.
- 3 years of experience managing a technical team in a cloud computing environment, or equivalent experience in a similar customer facing role.

Expand

## Cloud Consultant for SAP, Google Professional Services

⧉ Share    🔖 Save

🏢 Google    📍 Austin, TX, USA    Atlanta, GA, USA    Chicago, IL, USA    + 1 more location

Qualifications:

- Bachelor's degree in Engineering or equivalent practical experience.
- Experience with SAP technologies (such as SAP HANA, SAP Business Suite and Business Warehouse, SAP Hybris, etc.) and their architecture and infrastructure needs.
- Experience with project management, client-facing or consulting, and working with cross-functional teams.

Expand

## Cloud Consultant, Enterprise Migrations, Google Professional Services

Share   Save

Google   Sunnyvale, CA, USA   Atlanta, GA, USA   Austin, TX, USA   + 3 more locations

Qualifications:

- Bachelor's degree in Engineering or equivalent practical experience.
- Experience in cloud computing (infrastructure, storage, platforms and data), as well as cloud market, competitive dynamics and customer buying behavior.
- Experience with on-premises data center infrastructure and data center migration projects.
- Experience with project management, client-facing or consulting, and working with cross-functional teams.

Expand

## Service Relationship Manager, Business Operations and Strategy

Share   Save

Google   Austin, TX, USA

Qualifications:

- 10 years of IT industry experience.
- 10 years of practical experience in a service or business relationship role.
- 5 years in a similar role with an international organization.
- 5 years of practical Technology Service Management and/or Service Delivery experience.

Expand

## Enterprise AI/ML Customer Engineer, Google Cloud

Share   Save

Google   New York, NY, USA   Atlanta, GA, USA   Austin, TX, USA   + 5 more locations

Qualifications:

- Experience serving in the capacity of a technical sales engineer in a cloud computing environment or equivalent experience in a customer facing role.
- Experience building machine learning solutions and leveraging specific machine learning architectures.
- Experience presenting technical pitches to executive audiences.
- Experience developing applications and solutions utilizing AI frameworks and methods.

Expand

## Head of Go-to-Market Incubation, Google Cloud

Share   Save

Google   Sunnyvale, CA, USA   Atlanta, GA, USA   Austin, TX, USA   + 9 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 12 years of experience in SaaS, IaaS and PaaS sales, go-to-market strategy and/or management consulting.
- Experience launching large products or solutions within a large enterprise sales organization.

Expand

## Sales Engineer, Networking, Google Cloud

Share    Save

Google    Cambridge, MA, USA    Austin, TX, USA    New York, NY, USA    + 1 more location

Qualifications:

- Bachelor's degree in Computer Science or equivalent practical experience.
- Experience presenting and delivering technical pitches.
- Experience in a customer facing role in a cloud computing environment.
- Experience in networking (Linux), software-defined networking, network virtualization, open protocols, application acceleration, load balancing, DNS, VPS's and their application in PaaS and IaaS technologies.

Expand

## Scaled Sales Engineer, Google Cloud

Share    Save

Google    Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, a related technical field, or equivalent practical experience.
- Experience with cloud application development and deployment, DevOps, or Systems Administration.
- Experience with cloud-related technologies and architectures across Software-as-a-Service (Saas), Platform-as-a-Service (PaaS), Infrastructure-as-a-Service (IaaS), and cloud productivity suites.
- Ability to speak and write in English and Spanish fluently and idiomatically.

Expand

## Director, Process Manufacturing, Google Cloud

Share    Save

Google    New York, NY, USA    Atlanta, GA, USA    Austin, TX, USA    + 1 more location

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 15 years of experience in manufacturing, particularly in process/hybrid industries such Food and Beverage, Pharma, and Chemicals.
- Experience with cloud and ML/AI technologies.
- Customer-facing experience running engagements with clients (e.g., consulting, project management, sales, implementation and/or technical sales).

Expand

## Cloud Infrastructure Sales Engineering Manager, Center of Excellence

🔗 Share      🔖 Save

🏢 Google   📍 Atlanta, GA, USA    Austin, TX, USA    Boulder, CO, USA    + 6 more locations

Qualifications:

- Bachelor's degree in Computer Science, a related technical field or equivalent practical experience.
- Experience leading a technical team in a cloud computing environment, or equivalent experience in a similar customer facing role (e.g., within a professional services, solutions architect or systems engineering team).

Expand

## Cloud Technical Solutions Engineer Manager

🔗 Share      🔖 Save

🏢 Google   📍 Austin, TX, USA

Qualifications:

- Bachelor's degree in the field of Science, Technology, Engineering, Math, or equivalent practical experience.
- 5 years of relevant industry experience in technical support, professional services, software development, or product operations management.
- 3 years of experience managing a technical, customer-facing team.

Expand

## Mergers and Acquisitions Enablement Program Manager, Google Cloud

🔗 Share      🔖 Save

🏢 Google   📍 Sunnyvale, CA, USA    Austin, TX, USA    Chicago, IL, USA    + 1 more location

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 5 years of experience in Program Management, working across organizations.
- Ability to travel as required.

Expand

## Cloud Customer Engineering Manager, Networking, Center of Excellence

🔗 Share      🔖 Save

🏢 Google   📍 New York, NY, USA    Atlanta, GA, USA    Austin, TX, USA    + 10 more locations

Qualifications:

- Bachelor's degree in Computer Science or a related technical field or equivalent practical experience.
- 10 years of experience serving in the capacity of a technical sales engineer in a cloud computing environment or equivalent experience in a customer-facing role.
- 3 years of experience in people management.

Expand

## Enterprise Infrastructure Customer Engineer, Google Cloud

⊡ Share    ◻ Save

⊞ Google    ⊙ New York, NY, USA    Atlanta, GA, USA    Austin, TX, USA    + 11 more locations

Qualifications:

- Experience with large scale cloud and datacenter design and migration patterns including network, compute/mainframe, virtualization, storage, security, and identity
- Experience architecting, sizing, and costing cloud solutions
- Experience with Enterprise virtualization technologies
- Experience in an technical architecture or sales engineering role

Expand

## Data Center Solutions Sales Specialist, Google Cloud

⊡ Share    ◻ Save

⊞ Google    ⊙ Chicago, IL, USA    Austin, TX, USA    Boulder, CO, USA    + 8 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 8 years of experience in SaaS, IaaS and PaaS sales or consulting.
- 5 years of experience positioning the value of moving to Public Cloud from traditional data center paradigms.

Expand

## Director, Technical Readiness and Enablement

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA    Chicago, IL, USA    + 3 more locations

Qualifications:

- Bachelor's degree in a technical field or equivalent practical experience.
- 15 years of experience in technology education including e-learning technology, virtual classroom training, online course offerings and hosted training solutions.
- 10 years of experience in cloud design - global infrastructure, distributed systems, load balancing, big data, etc.
- 8 years of experience managing a global team.

Expand

## Director, Consumer Packaged Goods Solutions Management, Google Cloud

Share    Save

Google    Austin, TX, USA    Chicago, IL, USA    New York, NY, USA    + 2 more locations

Qualifications:

- 15 years of experience managing technical projects within the cloud domains in the CPG industry.
- 10 years of customer-facing experience in the enterprise space translating customer needs into solutions.

Expand

## Business Systems Analyst, SAP BW Development

Share    Save

Google    Austin, TX, USA    Sunnyvale, CA, USA

Qualifications:

- Bachelor's degree in Computer Science, Mathematics, Statistics, Engineering, or related field, or equivalent practical experience.
- 8 years of experience in system implementation projects (e.g. requirements documentation, systems configuration, test documentation/execution, issue identification and resolution).
- Experience with integration/development on SAP Business Warehouse, SAP Business Intelligence, and Native HANA.

Expand

## Director, AI Solutions, Google Cloud

Share    Save

Google    Sunnyvale, CA, USA    Atlanta, GA, USA    Austin, TX, USA    + 6 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 15 years of experience managing technical projects within the artificial intelligence domain, and experience with the competitive landscape.
- 10 years of customer-facing experience in the enterprise space.

Expand

## Partner Engineer, Google Cloud

🔗 Share     🔖 Save

🏢 Google     📍 New York, NY, USA     Austin, TX, USA     Cambridge, MA, USA     + 4 more locations

**Qualifications:**

- Experience serving in the capacity of a Technical Sales Engineer in a cloud computing environment or equivalent experience in a customer and/or partner-facing role.
- Experience with cloud computing concepts such as Big Data, PaaS and IaaS technologies.
- Experience presenting and delivering technical pitches.
- Ability to travel, about twice per month.

Expand

## Artificial Intelligence/Machine Learning Sales Specialist, Google Cloud

🔗 Share     🔖 Save

🏢 Google     📍 Chicago, IL, USA     Austin, TX, USA     Boulder, CO, USA     + 8 more locations

**Qualifications:**

- Bachelor's degree or equivalent practical experience.
- 5 years of experience in SaaS, IaaS and PaaS sales and/or consulting.
- 5 years of experience with AI/ML applications and positioning.

Expand

## Program Manager, Enterprise Release Management, SAP

🔗 Share     🔖 Save

🏢 Google     📍 Sunnyvale, CA, USA     Austin, TX, USA

**Qualifications:**

- Bachelor's degree or equivalent practical experience.
- 10 years of experience in program management in enterprise business systems management delivering products.
- 5 years of people management experience.
- Experience with SAP Solution Manager (SolMan) and Focused Build.

Expand

## Cloud Technical Solutions Engineer, Infrastructure (English, Mandarin Chinese)

Share    Save

Google    Austin, TX, USA    Mountain View, CA, USA    New York, NY, USA    + 2 more locations

Qualifications:

- Bachelor's degree in Science, Technology, Engineering, Mathematics, or equivalent practical experience.
- Experience in reading or debugging code using Java, C, C++, .NET, Python, Shell, Perl, and/or JavaScript.
- Ability to speak and write English and Mandarin Chinese fluently and idiomatically.

Expand

## Smart Analytics Scale Specialist, Google Cloud

Share    Save

Google    Chicago, IL, USA    Austin, TX, USA    Boulder, CO, USA    + 8 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 5 years of experience in SaaS, IaaS and PaaS sales and/or consulting.
- 5 years of experience with Smart Analytics applications and positioning.

Expand

## Director, Cloud Learning Services Content and Certification Development

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA    Chicago, IL, USA    + 3 more locations

Qualifications:

- Bachelor's Degree in a technical field or equivalent practical experience.
- 15 years of experience in customer and technology education.
- 10 years of experience with cloud design - global infrastructure, distributed systems, load balancing, big data, security and compliance, storage etc.
- 8 years of experience managing globally dispersed teams.

Expand

## Data Platforms Scale Specialist, Google Cloud

Share   Save

Google   Chicago, IL, USA   Austin, TX, USA   Boulder, CO, USA   + 8 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 8 years of experience in SaaS, IaaS and PaaS sales or consulting.
- 5 years of experience with Data Platforms applications and positioning.
- Experience with database management tools for backups, recovery, snapshot management, partitioning and archival, database performance tuning including network performance, storage performance, and database tuning techniques

Expand

## Business Systems Analyst, Financial Reporting

Share   Save

Google   Sunnyvale, CA, USA   Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, Engineering or equivalent practical experience.
- 7 years of experience implementing and customizing vendor software and/or building custom financial applications through full system implementation.
- Experience working with SAP Financial Applications/Modules.

Expand

## Global Compete Lead, Google Cloud

Share   Save

Google   Sunnyvale, CA, USA   Austin, TX, USA   Boulder, CO, USA   + 2 more locations

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 5 years of experience in product marketing, sales engineering, consulting, solution architecture or equivalent experience in the enterprise software technology industry or consulting firm.
- Experience in developing and delivering executive presentations.
- Experience managing teams and cross-functional projects.

Expand

## System Lead, Support Operations and Process, Cloud Support

Share   Save

Google   Austin, TX, USA   Seattle, WA, USA   San Francisco, CA, USA

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 2 years of workflow management, support management, and/or global program management experience.
- 2 years of experience in support or customer facing operations.
- Experience managing and delivering cross-functional technical and non-technical projects.

Expand

## Field Sales Representative, State and Local Government, Cloud

Share     Save

Google     Austin, TX, USA     Addison, TX, USA

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 7 years of technology related sales or business development experience at a B2B software company.

Expand

## Channel Lead, G Suite for Education

Share     Save

Google     Sunnyvale, CA, USA     Austin, TX, USA     Chicago, IL, USA     + 1 more location

Qualifications:

- 5 years of experience across enterprise distribution (hardware and software).
- Experience in management consulting or project management.
- Experience with IT Channel across hardware and software platforms.
- Experience with IT Channel across enterprise hardware distribution, VARs, or e-tail.

Expand

## Business Systems Analyst, Partner Enablement Incentives

Share     Save

Google     Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, related technical field, or equivalent practical experience.
- 7 years of experience in system implementation projects (requirements documentation, systems configuration, test documentation/execution, issue identification and resolution).
- Experience in implementation/customization of Partner Relationship Management (Salesforce) Systems.
- Experience implementing partner incentive management (e.g., margins, funds, rebates).

Expand

## Partner Incentive Operations Specialist, Google Cloud

Share     Save

Google     Sunnyvale, CA, USA     Austin, TX, USA

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 5 years of experience executing operations for incentive/payment projects.
- 5 years of experience in Business Administration, quantitative analysis, and operations.
- Experience leading initiatives involving multiple stakeholder teams.

Expand

## Business Systems Analyst, Partner Enablement (Content Management Systems)

Share    Save

Google    Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, related technical field, or equivalent practical experience.
- 10 years of experience in system implementation projects, and implementation and customizations of Content Management Systems.
- Experience in technical solution design for partner enablement/lifecycle management and digital transformation and solutioning for an integrated partner experience.
- Experience in implementation of Google Analytics.

Expand

## Lead Solutions Consultant, Cloud Partner Engineering

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA    Cambridge, MA, USA    + 2 more locations

Qualifications:

- Bachelor's degree in Computer Science, related engineering field, or equivalent practical experience.
- Experience in cloud computing, including one or more of the following: Public/Private Cloud, Compute/Storage /Networking, Software/Platform/Infrastructure-as-a-Service.
- Experience in a customer or partner facing technical role such as Solutions Consultant, Product Manager or similar.

Expand

## Business Systems Analyst, Partner Enablement

Share    Save

Google    Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, related technical field, or equivalent practical experience.
- 10 years of experience in system implementation projects (e.g., requirements documentation, systems configuration, test documentation/execution, issue identification and resolution).
- Experience in implementation/customization of Partner Relationship Management Systems.
- Experience in digital transformation/technical solution design for partner enablement/partner lifecycle management.

Expand

## Solutions Manager, Applications Modernization, Google Cloud

Share    Save

Google    Sunnyvale, CA, USA    Atlanta, GA, USA    Austin, TX, USA    + 5 more locations

Qualifications:

- 10 years of experience managing technical projects within the Application Development, DevOps and broader cloud domains.
- Experience with cloud native application development and DevOps architectures and best practices.
- Experience delivering polished and professional business and technical pitches to C-Suite and Board audiences.

Expand

## Global System Integrator Partner Development Manager, Google Cloud

Share    Save

Google    Austin, TX, USA    Boston, MA, USA    Chicago, IL, USA    + 3 more locations

Qualifications:

- 15 years of experience in enterprise sales, working with global consulting partners.
- 10 years of work experience.
- Experience with public cloud solutions across Software-as-a-Service (SaaS), Platform-as-a-Service (PaaS), and Infrastructure-as-a-Service (IaaS) markets.
- Experience with building scalable partnerships with partners, global system integrators, and consultancies.

Expand

## ISV Solutions Architect, Google Cloud

Share    Save

Google    Sunnyvale, CA, USA    New York, NY, USA    Boston, MA, USA    + 2 more locations

Qualifications:

- Bachelor' degree in Computer Science or a related engineering field, or equivalent work experience.
- Experience of cloud computing, including one or more of the following: Public/Private Cloud, Compute/Storage/Networking, Software/Platform/Infrastructure-as-a-Service.
- Experience in a customer- or partner-facing technical role, such as Technical Solution Architect, Sales/Customer Engineer, or similar.

Expand

## SAP Application Engineer, Corporate Engineering

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, related technical field (e.g., Mathematics, Natural Sciences, Engineering, etc.), or equivalent practical experience.
- 5 years of related work experience.
- Experience coding in ABAP.
- Experience implementing financial solutions using SAP technologies.

Expand

## SAP Business Warehouse Developer

Share    Save

Google    Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, similar technical field of study, or equivalent practical experience
- 8 years of hands-on development experience on SAP BW and Native HANA.
- 5 years of experience integrating data from multiple SAP ERPs and non-SAP data sources.
- 3 years of experience programming in ABAP language.

Expand

## Business Systems Analyst, Cloud Systems Plan to Pay

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA

Qualifications:

- Bachelor's degree in Business or related field, or equivalent practical experience.
- 5 years of experience gathering requirements and refining business processes.
- Experience managing the full implementation lifecycle for delivery of systems solutions (analyze, design, build, test, implement, support).

Expand

## Director, Core User Experience, Works

Share    Save

Google    New York, NY, USA    Austin, TX, USA    Sunnyvale, CA, USA

Qualifications:

- 12 years of experience leading UX design teams that include global geographies.
- 12 years of experience as a UX designer working on web or desktop applications.
- Experience in usability standards, design heuristics, and responsive design techniques.
- Bachelor's degree in a UX-related field (Human-Computer Interaction, Human Factors, Behavioral Research, Graphic Design) or equivalent practical experience.

Expand

## Salesforce Application Engineer, CRM

ılı Google    ♀ Sunnyvale, CA, USA    Austin, TX, USA    Share    Save

Qualifications:

- Bachelor's degree in Computer Science, similar technical field of study, or equivalent practical experience.
- 5 years of configuration and custom development experience for CRM modules in SFDC. Experience integrating SFDC with business applications.
- Experience coding in APEX.

Expand

## Director, Global Accenture Alliance, Google Cloud

ılı Google    ♀ Sunnyvale, CA, USA    Atlanta, GA, USA    Austin, TX, USA    + 3 more locations    Share    Save

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 15 years of experience in strategy consulting and/or go-to-market business development.
- 10 years of experience leveraging relationships with global system integrators (e.g. Accenture).
- Experience managing stakeholders and product solutions.

Expand

## External Intelligence Lead, Cloud Sales

ılı Google    ♀ Sunnyvale, CA, USA    Austin, TX, USA    Kirkland, WA, USA    + 2 more locations    Share    Save

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 10 years of experience in a Cloud sales organization.
- Experience in a compete or go-to-market strategy role.

Expand

## Technical Curriculum Developer, Machine Learning, Google Cloud

ılı Google    ♀ Austin, TX, USA    Boston, MA, USA    Share    Save

Qualifications:

- Bachelor's degree in Computer Science, Mathematics, Information Architecture, or related discipline or equivalent practical experience.
- 5 years of experience as an instructor or in technical training curriculum development, or as a data engineer or data scientist.
- 5 years of project management experience.
- 4 years of hands-on experience with cloud computing technologies and machine learning.

Expand

## Cloud Technical Solutions Engineer, Big Data

🔗 Share    🔖 Save

🏢 Google    📍 Sunnyvale, CA, USA    Austin, TX, USA    San Francisco, CA, USA    + 1 more location

**Qualifications:**

- Bachelor's degree in the field of Science, Technology, Engineering, Math or equivalent practical experience in technical support, professional services, software development, or product operations management.
- Experience in advocating for customer issues or needs.
- Experience reading or debugging code (i.e. one or more of the following: Java, C, C++, .NET, Python, Shell, Perl, JavaScript).

Expand

## Supportability Tech Lead, Google Cloud

🔗 Share    🔖 Save

🏢 Google    📍 Sunnyvale, CA, USA    Austin, TX, USA    Kirkland, WA, USA    + 3 more locations

**Qualifications:**

- Bachelor's degree in Science, Technology, Engineering, Mathematics, or equivalent practical experience.
- 10 years of relevant industry experience.
- 5 years of experience troubleshooting distributed systems using low level techniques like source code analysis and packet captures.
- Experience influencing senior engineering leadership and advancing critical customer issues.

Expand

## Technical Program Manager, Network Construction

🔗 Share    🔖 Save

🏢 Google    📍 Sunnyvale, CA, USA    Austin, TX, USA

**Qualifications:**

- Bachelor's degree in Industrial, Mechanical, Civil or Electrical Engineering, or Construction Management, or equivalent practical experience.
- Experience in cross-functional information technology program management, driving all aspects of project delivery.
- Experience working in a construction environment supervising vendors, contractors, and the site.
- Experience managing vendor delivered projects from request for proposal (RFP) through execution.

Expand

## Cloud Technical Solutions Engineer, Platform

🔗 Share    🔖 Save

🏢 Google    📍 Austin, TX, USA    San Francisco, CA, USA    Sunnyvale, CA, USA

**Qualifications:**

- Bachelor's degree in the field of Science, Technology, Engineering, Math or equivalent practical experience in technical support, professional services, software development, or product operations management.
- Experience reading and debugging code in Java, C, C++, .NET, Python, Shell, Perl and/or JavaScript.
- Experience in advocating for customer issues or needs.

Expand

## Software Engineer, University Graduate

GD Share   🔖 Save

📊 Google   📍 Mountain View, CA, USA   Austin, TX, USA   Boulder, CO, USA   + 4 more locations

Qualifications:

- BA/BS degree in Computer Science or related technical field, or equivalent practical experience.
- Software development experience coding in a general purpose programming language.
- Examples of coding in one of the following programming languages including but not limited to: C, C++, Java, JavaScript or Python.
- Experience working with Data Structures or Algorithms (i.e. data structures /algorithms class, coursework/projects, research, internships, or other practical experience in/outside of school or work (including open source hobby coding).

Expand

## Product Manager, Google Cloud

GD Share   🔖 Save

📊 Google   📍 Mountain View, CA, USA   Cambridge, MA, USA   Kirkland, WA, USA   + 6 more locations

Qualifications:

- Bachelor's degree in a technical field or equivalent experience building/shipping technical products
- Experience developing/launching products/technologies within one or more of the following: Cloud, SaaS, enterprise, internal tools, and/or complex supply chain networks.
- Experience driving product vision, go-to-market strategy, and design discussions.
- Experience creating strategic product roadmaps, working with cross-functional teams.

Expand

## Cloud Technical Solutions Engineer, Chrome and Android

GD Share   🔖 Save

📊 Google   📍 Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, a related technical field, or equivalent practical experience.
- Experience in technical support, professional services, engineering, sustaining engineering, or systems engineering.

Expand

## Business Systems Analyst, SAP

GD Share   🔖 Save

📊 Google   📍 Austin, TX, USA

Qualifications:

- Bachelor's degree in Computer Science, Engineering, Mathematics, a related field or equivalent practical experience.
- 7 years of relevant work experience.
- Experience in designing, configuring, and testing SAP modules using SAP S4/HANA.
- Experience implementing and customizing vendor software or building financial applications through full system cycles. Experience in implementing financial solutions using SAP technologies.

Expand

## Business Systems Analyst, Finance

🔗 Share    🔖 Save

🏢 Google    📍 Austin, TX, USA

Qualifications:

- Bachelor's degree or equivalent practical experience.
- 7 years of experience implementing and customizing vendor software and/or building custom financial applications through full system implementation.
- Experience in one or more Finance areas (e.g. accounting, HFM, payroll, time and attendance, sales compensation).
- Experience working with SAP Financial Applications/Modules.

Expand

## Data Scientist Consultant, Cloud Support Data and Analytics

Share    Save

Google    Austin, TX, USA

Qualifications:

- 3 years of experience in an analyst or Data Science role.
- Experience using SQL to work with multiple datasets.
- Experience designing data models and building data structures.
- Experience in a language for statistical computing (R, Python/pandas, Stata, etc.).

Expand

## Director, Global Beauty and Home Solutions, Google Cloud

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA    New York, NY, USA    + 3 more locations

Qualifications:

- Bachelor's degree in Business Administration, Engineering, Computer Science, or equivalent practical experience.
- Experience in strategic planning, business development, or experience in evaluating, incubating, and launching technology or innovations within a business.
- Experience working in Beauty and Home in strategic, innovation or direct-to-consumer capacities.

Expand

## Director, Global Food and Beverage Solutions, Google Cloud

Share    Save

Google    Sunnyvale, CA, USA    Austin, TX, USA    New York, NY, USA    + 3 more locations

Qualifications:

- Bachelor's degree in Business Administration, Engineering, Computer Science, or equivalent practical experience.
- 10 years of experience working in food and beverage, in strategic, innovation, or direct-to-consumer capacities.
- Experience in strategic planning, business development, or experience in evaluating, incubating, and launching technology or innovations within a business.

Expand