# EXHIBIT 17

# The Dallas Morning News

SECTIONS  SUBSCRIBE

**MORE FROM HOMEPAGE**

CEO Cynthia Marshall defends Mavs' investigation into allegations of sexual assault by team executive

Cruz, Cornyn and Abbott reject Trump idea to delay the election, as Democrats see brewing autocracy

Former GOP presidential candidate Herman Cain dies at 74 after being hospitalized with coronavirus

BUSINESS > REAL ESTATE

# Google's massive $600M data center takes shape in Ellis County as tech giant ups Texas presence

Google's 375-acre data center campus in Midlothian is one of the largest such projects in the country.



Google's $600 million data center is being built in Midlothian about 25 miles southwest of Dallas. (Steve Brown / Dallas Morning News)

**Featured**

DALLAS PROTEST UPDATES ›
CORONAVIRUS UPDATES ›
WHAT'S AT STAKE ›
YOUR CITY'S NEWS ›
FIND TAKEOUT & DELIVERY ›
LOCAL BUSINESS GIFT CARDS ›
INSPIRED: GOOD NEWS ›
TIMELESS IN TEXAS ›
CURIOUS TEXAS ›

Here's Why People Are Upgrading To This
$70 Respirator

BY 

Plans for the massive complex were disclosed about a year
ago when Google quietly snapped up 375 acres in
Midlothian's Railport industrial park. On Friday, Google
executives and North Texas officials gathered to formally
kick off the development.

Midlothian, which is 25 miles southwest of Dallas, provided
tax abatements to support the data center, which is
expected to employ about 40 people.



**Meet Martin: Bay Area local and Schwab...**
Sponsored by Charles Schwab

CLICK HERE

The deal is for 100% of personal property taxes — taxes on
the servers, cabling and equipment that form the heart of a
data center — and 85% of improvement taxes for Google
over a 10-year period. The incentives are tied to the
company's hiring and investment projections.

While the workforce at a data center is small, the
importance of the centers for firms like Google can't be
overstated.

ADVERTISING



**Another big warehouse
is in the works south of
Interstate 20**



**International financial
firm heads to Las
Colinas with new lease**



**Plano-based At Home
says it broke its own
sales record in 2nd
quarter**




"Data centers are really the engine of the internet. Anytime you process an email on Gmail or look at a cat video on YouTube, it's going through a data center," Silvestri said. "If you are living in Texas or surrounding areas, it will likely be processed in that center.

"It's these data centers that enable those products to run for billions and billions of users, not just here in Texas but around the world."


Construction on Google's new data center in Midlothian. (Shaban Athuman / Staff Photographer)

The Midlothian data center is one of four such projects Google is building to expand its processing footprint in the U.S. Others are in Alabama, Virginia and Tennessee.

Silvestri said six existing U.S. centers are operational.



| Get D-FW real estate news | Support Real Local Journalism |
|---|---|
| Get the latest real estate news from Steve Brown and the business staff at *The Dallas Morning News.* | Stand with us in our mission to discover and uncover the story of North Texas |
| Email Address → | |
| By signing up you agree to our privacy policy | BECOME A MEMBER > |

**THE LATEST**

**CEO Cynthia Marshall defends Mavs' investigation into allegations of sexual assault by team executive**
BY BRAD TOWNSEND

**Cruz, Cornyn and Abbott reject Trump idea to delay the election, as Democrats see brewing autocracy**
BY TODD J. GILLMAN

**Former GOP presidential candidate Herman Cain dies at 74 after being hospitalized with coronavirus**
BY THE ASSOCIATED PRESS

**Comfort with the uncomfortable: A UT-Dallas student encourages strangers to talk about race**
BY HELEN BOND

**MJ Hegar won key Hispanic support in Democratic runoff for Senate. Will it matter vs. John Cornyn?**
BY TOM BENNING

**MOST POPULAR ON DALLASNEWS.COM**

1  **Cruz, Cornyn and Abbott reject Trump idea to delay the election, as Democrats see brewing autocracy**

2  **Joe Bob Briggs reveals he had COVID-19. Here's why he didn't tell anyone**

3  **Aww, nuts: North Texas company has 42 tons to unload after American Airlines cut first-class food service**

4  **Summertime cold front headed for Dallas-Fort Worth, with thunderstorms possible**

5  **Too many evangelical Christians fall for conspiracy theories online, and gullibility is not a virtue**

6  **Expert predictions for Mavs' restart and NBA playoffs: Dallas' first-round opponent, Finals matchups and more**

---

# The Dallas Morning News
Texas' Leading News Source
Est. October 1, 1885

  

| COMPANY | ADVERTISE WITH US | BUY | CUSTOMER SUPPORT | WEBSITE SUPPORT |
|---|---|---|---|---|
| About *The Dallas Morning News* | Autos | Photo reprints | Help and feedback | Terms of service |
| Contact us | Classifieds | Archived articles | | Privacy policy |
| Careers   FAQ | Jobs | Back copies | Manage your account | Site index |

7/30/2020
Case 6:20-cv-00269-ADA Document 35-18 Filed 07/31/20 Page 6 of 10
Google's massive $600M data center takes shape in Ellis County as tech giant ups Texas presence

Obituaries

Public Notices

Commercial reprints

Licensing

Newspaper subscription

ePaper

ePaper (Al Día)

Email Newsletters

Daily audio briefing

Vacation hold/billing

Real. *local.* Journalism.

Copyright © 2020 The Dallas Morning News. All rights reserved.

He said the Midlothian project is "creating a number of high-paying high-tech jobs and hundreds of construction jobs over the next several years."

Google isn't disclosing the project's square-footage or opening date.

"This is just the first of several phases in the project," said Midlothian Mayor Richard Reno. "This new data center will be a boon to our job market and overall economy.

"Google is definitely a company of the future," he said. "Our relationship here will be a tremendous benefit for the city."

Google picked the site after looking at multiple possibilities, Silvestri said.

"Our team scours the globe trying to find sites for these facilities," he said. "Midlothian stood out among all of them across the world because of your abundance of natural resources and the talent of the people and the spirit of community partnership."



Google executives and Midlothian community leaders gathered Friday to celebrate development of a $600 million data center. (Steve Brown / Dallas Morning News)

NEWSPAPER ARCHIVES
PUZZLES AND GAMES
AL DÍA - NOTICIAS EN ESPAÑOL
OBITUARIES
TODAY'S EPAPER

By **Steve Brown**
1:00 PM on Jun 14, 2019 CDT

The town of Midlothian was built on 20th-century industry: cement, steel and railroads.

Now this Ellis County town is making a jump into the 21st century with a $600 million data center for internet giant Google.

The huge tech project is under construction along U.S. Highway 67.



Google chooses Midlothian for new Data C...

"We already have a lot of steel coming out of the ground and hundreds of construction workers on the site," said Andrew Silvestri, Google's head of public policy and community development. "They've made great progress already.

"We have deep roots in Texas and are about to get deeper as we launch our first-ever data center in Texas right here in Midlothian," Silvestri said.



SPONSORED CONTENT



TOP BUSINESS STORIES

**D-FW construction declines aren't as steep as early in the pandemic**

**Frisco office project has a new owner**

The development is one of the largest construction projects in North Texas and a major addition in the town of about 25,000.

To give back, Google is making a $100,000 grant to the Midlothian ISD for science, technology, engineering and mathematics programs.

"When Google comes to a community, we don't just build a facility," Silvestri said. "Our employees work and live and play in these communities. It's really important to us to be good corporate citizens and neighbors and partners."

Google also disclosed that it has leased two new downtown buildings in Austin to house its growing workforce. Google has about 1,100 employees in Austin and will start moving into the towers in 2020 and 2023.

"This will accommodate our short-term and long-term growth over the next few years," Silvestri said. "We are always hiring and continue to hire there. Google has been really fortunate to call Texas home over the last 12 years."

Gov. Greg Abbott issued a statement about Google's investments in Midlothian and Austin. "The Lone Star State continues its emergence as a global technology hub thanks to an economic environment that encourages innovation and allows the free market to flourish," he said. "Time and again, companies like Google choose to invest in Texas because of our business-friendly practices and our talented workforce."

North Texas is one of the country's biggest hubs for data centers. The biggest is a $1-billion-plus tech campus Facebook started in 2015 in the AllianceTexas development, north of Fort Worth. Facebook has expanded the project since starting with two buildings.

The Midlothian site, as with the AllianceTexas project, was attractive to a tech firm because of its redundant power systems, access to telecommunications networks and the ability to provide large tracts of land.

"This is a big day for Midlothian," said U.S. Rep. Eddie Bernice Johnson, D-Dallas, who attended the Google event. "It is very clear that when they come, others follow.

"We are into the 21st century with this project," she said. "You will see a real change in Midlothian."



Midlothian mayor Richard Reno and U.S. Representative Eddie Bernice Johnson sign a steel bar during an announcement of Google's new data center in Midlothian on Friday. (Shaban Athuman / Staff Photographer)

   

Steve Brown, Real Estate Editor. Steve covers commercial and residential real estate in Dallas-Fort Worth.

 stevebrown@dallasnews.com   @SteveBrownDMN