# EXHIBIT 18



Sear    Search    New   Products     Solutions     Sign in     Sign up

(/)

Overview (/cisco)    **Locations (/cisco/locations)**    Key People (/cisco/executives)    Compet

Home (/) / Cisco (/cisco) / Locations

# Cisco headquarters and office locations
(/cisco)

Cisco is headquartered in San Jose, CA and has 98 office locations across 88 countries.

[ View Company (/cisco) ]

| Filter locations by country      🔍 |
|---|

- ☐ United States
- ☐ Canada
- ☐ United Kingdom
- ☐ Germany
- ☐ France
- ☐ Italy
- ☐ Spain
- ☐ Sweden
- ☐ Switzerland
- ☐ Belgium
- ☐ Netherlands



# All Cisco Locations

**San Jose (HQ), CA**
**United States**

Cisco Building D, 170 W Tasman Dr

**Albany, NY**
**United States**

18 Corporate Woods Blvd #200

**Albuquerque, NM**
**United States**

2155 Louisiana Blvd NE #7100

**Anchorage, AK**
**United States**

3601 C St #1234

**Atlanta, GA**
**United States**

500 Northridge Rd #700

**Baton Rouge, LA**
**United States**

5757 Corporate Blvd #102

**Bellevue, WA**
**United States**

**Bentonville, AR**
**United States**

Sear    **Search**    New    Products    Solutions    Sign in    Sign up

(/)

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

**Birmingham, AL**
**United States**
3800 Colonnade Pkwy #150

500 108th Ave NE #500

**Bloomington, IL**
**United States**
301 S Prospect Rd

2502 SE Technology Cir

**Bloomington, MN**
**United States**
7900 International Dr

**Boise, ID**
**United States**
225 N 9th St #500

**Boston, MA**
**United States**
125 High Street

**Brentwood, TN**
**United States**
7000 Executive Center Dr #101

**Buffalo, NY**
**United States**
100 Corporate Pkwy #320

**Camp Hill, PA**
**United States**
214 Senate Ave #603

**Carmel, IN**
**United States**
11711 N Meridian St #250

**Cedar Rapids, IA**
**United States**
Kubias Building, 311 3rd Ave SE #225

**Centennial, CO**
**United States**
9155 E Nichols Ave #400

**Charlotte, NC**
**United States**
Tompkins Toolworx, 1900 South Blvd

**Chesterfield, MO**
**United States**

**Chicago, IL**
**United States**

16401 Swingley Ridge Rd #400            30 S Wacker Dr #2240

**Chicago, IL**
**United States**

9501 Technology Blvd #100

**Cincinnati, OH**
**United States**

8845 Governors Hill Dr #220

**Clovis, CA**
**United States**

2565 Alluvial Ave #132

**Colorado Springs, CO**
**United States**

5575 Tech Center Dr #202

**Columbia, SC**
**United States**

4875 Forest Dr 2nd Floor

**Columbia, MD**
**United States**

8865 Stanford Blvd #201

**Cottonwood Heights, UT**
**United States**

6340 S 3000 E #390

**Destin, FL**
**United States**

4476 Legendary Dr #150

**Doral, FL**
**United States**

175, 8200 NW 41st St #400

**Dublin, OH**
**United States**

5400 Frantz Rd #200

| 1 | 2 (/cisco/locations?countryCodes%5B0%5D=US&page=2) |

3 (/cisco/locations?countryCodes%5B0%5D=US&page=3)

4 (/cisco/locations?countryCodes%5B0%5D=US&page=4)

Next (/cisco/locations?countryCodes%5B0%5D=US&page=2)

Report incorrect company information



Sear    Search    New    Products      Solutions      Sign in      Sign up

(/) **Location of similar companies**

     Overview (/cisco)     Locations (/cisco/locations)     Key People (/cisco/executives)     Compet



ZTE
Mobile &
Telecommur
- Public
(/zte/locati



Ericsson
Mobile &
Telecommur
- Public
(/ericsson/



Microsoft
Technology
- Public
(/microsof



Huawei
Mobile &
Telecommur
- Private
(/huawei/l

# Need Data?

Craft can deliver 250+ data points of financial, operating, and human capital indicators on companies via API.

ore (https://enterprise.craft.co)

About us (/craft)

Contact us (mailto:hello@craft.co)

Create an account

Careers (/careers)

## Products and Services

Craft Intelligence Portal (https://enterprise.craft.co/products/portal)

Craft API (https://docs.craft.co)

Craft for Enterprise (https://enterprise.craft.co)

Craft for Supply Chain (https://enterprise.craft.co/solutions/supply-chain)

Chrome extension (https://chrome.google.com/webstore/detail/craft-for-google-chrome/mdbippokgmfmdhhjchjpakgiamkcaofd)

Request a company

## Explore

Discover companies (/search)

Research reports (/reports)

Company directory (/directory/companies/a)

Search directory (/directory/search/a)

Craft (/)

Search    New    Products    Solutions    Sign in    Sign up



Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

© Craft.co 2020

Privacy Policy (/privacy)    Terms of Service (/terms)

   

Share price data provided by IEX (https://iextrading.com/developer/)

Search   New   Products   Solutions   Craft Feed (/profile/da...

(/)

CISCO

Overview (/cisco)   Locations (/cisco/locations)   Key People (/cisco/executives)   Compet

Home (/) / Cisco (/cisco) / Locations

# Cisco headquarters and office locations
(/cisco)

Cisco has 98 office locations across 88 countries.

View Company (/cisco)

Filter locations by country

- [ ] United States
- [ ] Canada
- [ ] United Kingdom
- [ ] Germany
- [ ] France
- [ ] Italy
- [ ] Spain
- [ ] Sweden
- [ ] Switzerland
- [ ] Belgium
- [ ] Netherlands



(/)

Search  New  Products  Solutions  Craft Feed (/profile/da...

Overview (/cisco)  Locations (/cisco/locations)  Key People (/cisco/executives)  Compet

# All Cisco Locations

**Durham, NC**
**United States**

7025-1 Kit Creek Rd

**Fargo, ND**
**United States**

3021 39th St S

**Farmington, CT**
**United States**

50 Stanford Dr

**Fort Lauderdale, FL**
**United States**

3250 W Commercial Blvd #350

**Gold River, CA**
**United States**

2355 Gold Meadow Way #150

**Grand Rapids, MI**
**United States**

1575 Arboretum Dr SE #402

**Greensboro, NC**
**United States**

**Greenville, SC**
**United States**



Search    New    Products    Solutions    Craft Feed (/profile/da...

(/)

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

7900 Triad Center Dr #337

33 Market Point Dr

**Hayward, MA**
**United States**

500 Beaver Brook Rd

**Herndon, VA**
**United States**

13600 Dulles Technology Dr

**Herndon, VA**
**United States**

13635 Dulles Technology Dr

**Honolulu, HI**
**United States**

500 Ala Moana Blvd

**Houston, TX**
**United States**

10111 Richmond Ave #450

**Irvine, CA**
**United States**

121 Theory #100

**Irvine, CA**
**United States**

130 Theory #100

**Irving, TX**
**United States**

7301 State Hwy 161 #200

**Jacksonville, FL**
**United States**

10550 Deerwood Park Blvd STE 500

**Jefferson City, MO**
**United States**

2411 Hyde Park Rd

**Knoxville, TN**
**United States**

10860 Murdock Dr

**Lacey, WA**
**United States**

4160 6th Ave SE #203

**Lake Oswego, OR**
**United States**

**Las Vegas, NV**
**United States**

Cisco Corporate Headquarters Office Locations and Addresses | Craft.co



Search    New    Products    Solutions    Craft Feed (/profile/da...

(/)

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

5400 Meadows Rd #300

3773 Howard Hughes Pkwy #120N

**Los Angeles, CA**
**United States**

11111 Santa Monica Blvd #400

**Louisville, KY**
**United States**

12910 Shelbyville Rd #210

**Lubbock, TX**
**United States**

1208 14th St

**Madison, WI**
**United States**

2310 Crossroads Dr

**Malvern, PA**
**United States**

301 Lindenwood Dr #210

**Melville, NY**
**United States**

145 Pinelawn Rd

**Memphis, TN**
**United States**

51 Germantown Ct, Cordova

**Metairie, LA**
**United States**

2424 Edenborn Ave #550

**Montgomery, AL**
**United States**

8650 Minnie Brown Rd #101

**Montvale, NJ**
**United States**

1 Paragon Dr #275

Prev (/cisco/locations?countryCodes%5B0%5D=US&page=1)   Craft Feed (/profile/da...

Search    Products    Solutions

(/)

1 (/cisco/locations?countryCodes%5B0%5D=US&page=1)    2

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

3 (/cisco/locations?countryCodes%5B0%5D=US&page=3)

4 (/cisco/locations?countryCodes%5B0%5D=US&page=4)

Next (/cisco/locations?countryCodes%5B0%5D=US&page=3)

Report incorrect company information

## Location of similar companies





**ZTE**
Mobile & Telecommur - Public (/zte/locati

**Ericsson**
Mobile & Telecommur - Public (/ericsson/

**Microsoft**
Technology - Public (/microsof

**Arista Networks**
Manufacturir & Industrial - Public (/arista-networks/I

# Need Data?

Craft can deliver 250+ data points of financial, operating, and human capital indicators on companies via API.

ore (https://enterprise.craft.co)

About us (/craft)
Contact us (mailto:hello@craft.co)
Careers (/careers)

## Products and Services

Craft Intelligence Portal (https://enterprise.craft.co/products/portal)

Craft API (https://docs.craft.co)

Craft for Enterprise (https://enterprise.craft.co)

Craft for Supply Chain (https://enterprise.craft.co/solutions/supply-chain)

Chrome extension (https://chrome.google.com/webstore/detail/craft-for-google-chrome/mdbippokgmfmdhhjchjpakgiamkcaofd)

Request a company

# Explore

Discover companies (/search)

Research reports (/reports)

Company directory (/directory/companies/a)

Search directory (/directory/sectors/a)

© Craft.co 2020

Privacy Policy (/privacy)    Terms of Service (/terms)

   

Share price data provided by IEX (https://iextrading.com/developer/)

Search　New　Products　Solutions　Craft Feed (/profile/da...

(/)

Overview (/cisco)　Locations (/cisco/locations)　Key People (/cisco/executives)　Compet

Home (/) / Cisco (/cisco) / Locations

# Cisco headquarters and office locations (/cisco)

Cisco has 98 office locations across 88 countries.

View Company (/cisco)

Filter locations by country

- [ ] United States
- [ ] Canada
- [ ] United Kingdom
- [ ] Germany
- [ ] France
- [ ] Italy
- [ ] Spain
- [ ] Sweden
- [ ] Switzerland
- [ ] Belgium
- [ ] Netherlands

Cisco Corporate Headquarters, Office Locations and Addresses | Craft.co



# All Cisco Locations

**Moorestown, NJ**
**United States**

308 Harper Dr #200

**Morrisville, NC**
**United States**

7100 Kit Creek Rd #8

**Morrisville, NC**
**United States**

7200 Kit Creek Rd #11

**New York, NY**
**United States**

6th & 9th Floors, 1 Pennsylvania Plaza

**Norwalk, CT**
**United States**

383 Main Ave 7th Floor

**Oklahoma City, OK**
**United States**

5400 N Grand Blvd #130

**Omaha, NE**
**United States**

**Orlando, FL**
**United States**



Search    New    Products    Solutions    Craft Feed (/profile/da...

(/)

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

**rland Park, KS**
**United States**
7400 College Blvd #400

15858 W Dodge Rd #120

Three Resource Square, 12001 Research Pkwy #468

**Phoenix, AZ**
**United States**
2375 E Camelback Rd

**Pittsburgh, PA**
**United States**
323 N Shore Dr #300

**Pittsford, NY**
**United States**
1250 Pittsford Victor Rd Bldg 100 Suite 160

**Pleasanton, CA**
**United States**
5890 Owens Dr

**Richardson, TX**
**United States**
2200 E President George Bush Hwy

**Richfield, OH**
**United States**
4125 Highlander Pkwy

**Richmond, VA**
**United States**
1051 E Cary St 5th Floor

**Ridgeland, MS**
**United States**
1022 Highland Colony Pkwy #303

**Salem, VA**
**United States**
220 E Main St #200

**San Antonio, TX**
**United States**
18615 Tuscany Stone

**San Diego, CA**
**United States**
10935 Vista Sorrento Pkwy #100

**San Francisco, CA**
**United States**

**San Jose, CA**
**United States**



Search    New   Products    Solutions    Craft Feed (/profile/da...

(/)

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

201 3rd St #620, San Francisco      300 E Tasman Dr

**Sioux Falls, SD**
**United States**
4900 S Minnesota Ave #104

**South Burlington, VT**
**United States**
1223 Shelburne Rd #240

**Southfield, MI**
**United States**
2000 Town Center #450

**Spokane Valley, WA**
**United States**
12710 Mirabeau Pkwy #300

**St. Petersburg, FL**
**United States**
400 Carillon Pkwy #220

**Tallahassee, FL**
**United States**
1625 Summit Lake Dr

**Tucson, AZ**
**United States**
3430 E Sunrise Dr #100

**Tulsa, OK**
**United States**
7633 E 63rd Pl Suite 300

**Washington, DC**
**United States**
601 Pennsylvania Ave NW Building Suite 900

**West Des Moines, IA**
**United States**
1089 Jordan Creek Pkwy #210

Prev (/cisco/locations?countryCodes%5B0%5D=US&page=2) | Search My Products Solutions | Craft Feed (/profile/da...

1 (/cisco/locations?countryCodes%5B0%5D=US&page=1)

Overview (/cisco) Locations (/cisco/locations) Key People (/cisco/executives) Compet

2 (/cisco/locations?countryCodes%5B0%5D=US&page=2) | 3

4 (/cisco/locations?countryCodes%5B0%5D=US&page=4)

Next (/cisco/locations?countryCodes%5B0%5D=US&page=4)

Report incorrect company information

## Location of similar companies





ZTE
Mobile &
Telecommur
- Public
(/zte/locati

Ericsson
Mobile &
Telecommur
- Public
(/ericsson/

Microsoft
Technology
- Public
(/microsof

Huawei
Mobile &
Telecommur
- Private
(/huawei/l

# Need Data?

Craft can deliver 250+ data points of financial, operating, and human capital indicators on companies via API.

ore (https://enterprise.craft.co)

About us (/craft)
Contact us (mailto:hello@craft.co)
Careers (/careers)
## Products and Services

Craft Intelligence Portal (https://enterprise.craft.co/products/portal)

Craft API (https://docs.craft.co)

Craft for Enterprise (https://enterprise.craft.co)

Search        New Products        Solutions        Craft Feed (/profile/da...
(/)

Craft for Supply Chain (https://enterprise.craft.co/solutions/supply-chain)

Chrome extension (https://chrome.google.com/webstore/detail/craft-for-google-
chrome/mdbippokgmfmdhhjchjpakgiamkcaofd)

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

Request a company

# Explore

Discover companies (/search)

Research reports (/reports)

Company directory (/directory/companies/a)

Search directory (/directory/sectors/a)

© Craft.co 2020

Privacy Policy (/privacy)    Terms of Service (/terms)

   

Share price data provided by IEX (https://iextrading.com/developer/)

Case 6:20-cv-00269-ADA Document 25-19 Filed 07/31/20 Page 20 of 23

Search    New   Products    Solutions    Craft Feed (/profile/da...

(/)

Overview (/cisco)    Locations (/cisco/locations)    Key People (/cisco/executives)    Compet

Home (/) / Cisco (/cisco) / Locations

# Cisco headquarters and office locations (/cisco)

Cisco has 98 office locations across 88 countries.

View Company (/cisco)

Filter locations by country

- [ ] United States
- [ ] Canada
- [ ] United Kingdom
- [ ] Germany
- [ ] France
- [ ] Italy
- [ ] Spain
- [ ] Sweden
- [ ] Switzerland
- [ ] Belgium
- [ ] Netherlands



# All Cisco Locations

**Woodbridge Township, NJ
United States**

111 S Wood Ave, Iselin

**Little Rock, AR
United States**

Prev (/cisco/locations?countryCodes%5B0%5D=US&page=3)

1 (/cisco/locations?countryCodes%5B0%5D=US&page=1)

2 (/cisco/locations?countryCodes%5B0%5D=US&page=2)

3 (/cisco/locations?countryCodes%5B0%5D=US&page=3)     4

Report incorrect company information

**Location of similar companies**                    ∧



ZTE Mobile & Telecommur - Public (/zte/locati

Ericsson Mobile & Products Telecommur - Public (/ericsson/

Microsoft Technology - Public (/microsof

Huawei Mobile & Telecommur - Private (/huawei/l

Overview (/cisco)   Locations (/cisco/locations)   Key People (/cisco/executives)   Compet

# Need Data?

Craft can deliver 250+ data points of financial, operating, and human capital indicators on companies via API.

ore (https://enterprise.craft.co)

About us (/craft)
Contact us (mailto:hello@craft.co)
Careers (/careers)

## Products and Services

Craft Intelligence Portal (https://enterprise.craft.co/products/portal)
Craft API (https://docs.craft.co)
Craft for Enterprise (https://enterprise.craft.co)
Craft for Supply Chain (https://enterprise.craft.co/solutions/supply-chain)
Chrome extension (https://chrome.google.com/webstore/detail/craft-for-google-chrome/mdbippokgmfmdhhjchjpakgiamkcaofd)
Request a company

## Explore

Discover companies (/search)
Research reports (/reports)
Company directory (/directory/companies/a)
Search directory (/directory/sectors/a)

© Craft.co 2020

Privacy Policy (/privacy)    Terms of Service (/terms)

   Search    New    Products    Solutions    Craft Feed (/profile/da... 
(/)

Share price data provided by IEX (https://iextrading.com/developer/)

 **Overview (/cisco)**    **Locations (/cisco/locations)**    **Key People (/cisco/executives)**    Compet