# EXHIBIT 19

Data extracted on Fri Jul 31 16:49:48 EDT 2020

| | |
|---|---|
| Last Name | Carson |
| First Name | John |
| Middle Name | M |
| Suffix | |
| Firm Name | Knobbe, Martens, Olson & Bear LLP |
| Address | 12790 El Camino Real |
| City | San Diego |
| State/Province | CA |
| Postal Code | 92130 |
| Country | US |
| Primary Telephone | (858) 707-4000 |
| Registration/Recognition Number | 34,303 |
| Status | ATTORNEY |
| Date Registered as Attorney | 09/04/1990 |
| US Government Employee | No |
| Reciprocity under 37 CFR § 11.6(c) | No |
| Currently Accepting New Clients | YES |

[ Back To Search Results ]   [ New Search ]   [ Print ]