# EXHIBIT 20



# John Montgomery Carson #137866

**License Status:** Active

Address: Knobbe Martens et al LLP, 12790 El Camino Real, San Diego, CA 92130
County: San Diego County
Phone Number: (858) 707-4000
Fax Number: (858) 707-4001
Email: jcarson@kmob.com
Law School: Univ of San Diego SOL; San Diego CA

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/7/1988 | Admitted to The State Bar of California | | |

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

**CLA Sections:** Intellectual Property Law

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

© 2020 The State Bar of California