# EXHIBIT 21

**Google Maps**  100 Crescent Ct, Dallas, TX 75201 to 800 Franklin Ave, Waco, TX 76701  Drive 98.5 miles, 1 h 29 min



Map data ©2020 Google   10 mi

### 100 Crescent Ct
Dallas, TX 75201

**Get on TX-366 Spur W from Maple-Routh Connection**

3 min (0.6 mi)

↑  1.  Head north on Crescent Ct toward Maple Ave
        157 ft

↱  2.  Turn right onto Maple Ave
        276 ft

↑  3.  Continue onto Maple-Routh Connection
        0.3 mi

↱  4.  Turn right onto Woodall Rodgers Fwy
        33 ft

⋏  5.  Use the left lane to take the ramp to Interstate 35E
        0.2 mi

**Follow I-35E S and I-35 S to US-77 S/N Interstate 35 Frontage Rd/J H Kultgen Expy in Waco. Take exit 334 from I-35 S**

1 h 25 min (96.1 mi)

⋏  6.  Merge onto TX-366 Spur W
        0.9 mi

⤴  7.  Take the exit onto I-35E S toward Waco
        1.0 mi

↰  8.  Use the left 2 lanes to turn slightly left onto I-35E
        5.0 mi

↰  9.  Keep left at the fork to continue on I-35E S, follow signs for Waco
        52.7 mi

⋏  10. Merge onto I-35 S
        36.4 mi

⤴  11. Take exit 334 for US-77 S/17th St-18th Sts
        0.1 mi

**Take S 17th St to Franklin Ave**

5 min (1.9 mi)

| | 12. | Merge onto US-77 S/N Interstate 35 Frontage Rd/J H Kultgen Expy | |
|---|---|---|---|
| | | | 0.2 mi |
| | 13. | Turn right onto S 17th St | |
| | | | 1.0 mi |
| | 14. | Turn right onto Franklin Ave<br>Destination will be on the right | |
| | | | 0.7 mi |

**800 Franklin Ave**
Waco, TX 76701

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.