# EXHIBIT 22

 Flights  Sign in

Share

One way · 1 · Economy

# Seattle → Dallas

Total price from
**$165**

 This airline may be offering additional flexibility for bookings on these dates. More details

## Selected flights

| | Fri, Jul 31 · 8:14 PM – 11:34 AM⁺¹ Frontier | 13h 20m SEA–DFW | 1 stop 8h 37m DEN | |

1 carry-on bag: $38–42    1st checked bag: $36–42

Baggage prices apply to your entire trip. The exact bag fees are unknown. Fees may be higher if paid during check-in. Frontier bag policy

## Booking options



| Book with Frontier — F9 147, F9 262 | $165 | Select |
| Book on Google with CheapOair — F9 147, F9 262 | $170 | Select |
| Book with FlyUs — F9 147, F9 262 | $170 | Select |
| 4 more booking options | | |

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.



Google Flights

Language · English      Country · United States      Currency · USD

Find the cheapest and best *flight* for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase *flights*. Learn more.









Google Sign in

One way · 1 passenger · Economy

Seattle SEA → San Francisco SFO | Fri, Jul 31

Bags | Nonstop | Airlines | Price | Times | Connecting airports | More

Date grid | Price graph | Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

## Best flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| | | | | |
|---|---|---|---|---|
| 11:30 AM – 1:31 PM<br>Ala... · Operated by Horizon Air as Alask... | 2h 1m<br>SEA–SFO | Nonstop | $149 |
| 3:03 PM – 5:17 PM<br>United | 2h 14m<br>SEA–SFO | Nonstop | $149 |
| 7:30 PM – 9:26 PM<br>Delta | 1h 56m<br>SEA–SFO | Nonstop | $149 |

Prices are currently typical for your trip. Details

## Other flights

| | | | |
|---|---|---|---|
| 11:20 AM – 1:44 PM<br>Unit... · Operated by Skywest DBA United ... | 2h 24m<br>SEA–SFO | Nonstop | $149 |
| 12:50 PM – 2:53 PM<br>Delta | 2h 3m<br>SEA–SFO | Nonstop | $149 |
| 3:30 PM – 5:40 PM<br>Alaska | 2h 10m<br>SEA–SFO | Nonstop | $149 |
| 4:40 PM – 6:57 PM<br>United | 2h 17m<br>SEA–SFO | Nonstop | $149 |
| 5:00 PM – 7:10 PM<br>Alaska | 2h 10m<br>SEA–SFO | Nonstop | $149 |
| 6:00 PM – 8:23 PM<br>Unit... · Operated by Skywest DBA United ... | 2h 23m<br>SEA–SFO | Nonstop | $149 |

Google Sign in

One way 1 passenger Economy

Stockholm → Dallas DFW | Sat, Aug 1

Bags | Stops | Airlines | Price | Times | Connecting airports | More

Date grid | Price graph | Nearby airports

**Travel restricted**

There's a government travel restriction related to coronavirus (COVID-19). More details

## Best flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Time | Airlines | Duration | Stops | Price |
|---|---|---|---|---|
| 6:15 AM – 8:04 PM | Lufthansa... · Operated by Mesa Airlines ... | 20h 49m ARN–DFW | 2 stops FRA, IAD | $621 |
| 5:05 PM – 10:17 PM+1 | SWISS, Luft... · Operated by Republic Air... | 36h 12m ARN–DFW | 3 stops ZRH, FRA, ORD | $638 |
| 3:10 PM – 10:17 PM+1 | Luftha... · Operated by Republic Airways ... | 38h 7m ARN–DFW | 2 stops MUC, ORD | $646 |
| 6:15 AM – 2:30 PM | Lufthansa, American · Finnair | 15h 15m ARN–DFW | 1 stop 2h 30m FRA | $1,243 |

Prices are currently typical for your trip. Details

## Other flights

| Time | Airlines | Duration | Stops | Price |
|---|---|---|---|---|
| 8:55 PM – 2:45 PM+1 | Finnair,... · British Airways, Iberia · Ope... | 24h 50m ARN–DFW | 2 stops HEL, CDG | $986 |
| 6:05 PM – 10:00 AM+2 | Tap Air Portugal, JetBlue | 46h 55m ARN–DFW | 2 stops LIS, BOS | $1,151 |
| 12:00 PM – 10:04 PM | KLM, Delta · Virgin Atlantic | 17h 4m ARN–DFW | 2 stops AMS, ATL | $1,219 |
| 6:05 AM – 4:51 PM | Air France, Delta · Virgin Atlantic | 17h 46m ARN–DFW | 2 stops CDG, ATL | $1,223 |
| 11:25 AM – 11:06 PM | British Airways, American · Finnair, Iberia | 18h 41m ARN–DFW | 2 stops LHR, ORD | $1,297 |



Sign in

### Hotels in Dallas ⓘ

Nightly prices for 1 guest Aug 1–Aug 3

Search for hotels ↗

 **Hotel Fairmont Dallas** $87 — 4.4 (2298)

 **Renaissance Dallas Hotel** $107 — 4.4 (2062)

 **Embassy Suites by Hilton Dallas…** $77 — 4 (1523)

**Google Flights**

Language · English    Country · United States    Currency · USD

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more.

Google Sign in

One way 1 passenger Economy

Stockholm | San Francisco SFO | Sat, Aug 1

Bags Stops Airlines Price Times Connecting airports More

Date grid | Price graph | Nearby airports

## Travel restricted

There's a government travel restriction related to coronavirus (COVID-19). More details

## Best flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times / Airlines | Duration | Stops | Price |
|---|---|---|---|
| 6:15 AM – 8:50 PM<br>Lufthansa, Air Canada | 23h 35m<br>ARN–SFO | 2 stops<br>FRA, YYZ | $502 |
| 6:15 AM – 4:25 PM<br>Lufthansa, United | 19h 10m<br>ARN–SFO | 1 stop<br>5h 30m FRA | $510 |
| 3:10 PM – 2:55 PM+1<br>Lufthansa · United | 32h 45m<br>ARN–SFO | 1 stop<br>19h 0m MUC | $517 |
| 11:15 AM – 8:50 PM<br>SAS, Air Canada | 18h 35m<br>ARN–SFO | 2 stops<br>LHR, YYZ | $535 |

Prices are currently typical for your trip. Details

## Other flights

| Times / Airlines | Duration | Stops | Price |
|---|---|---|---|
| 6:15 AM – 8:50 PM<br>Lufthansa, Air Canada | 23h 35m<br>ARN–SFO | 2 stops<br>FRA, YYZ | $502 |
| 5:05 PM – 2:55 PM+1<br>SWISS, Luf... · United · Operated by Luf... | 30h 50m<br>ARN–SFO | 2 stops<br>ZRH, MUC | $526 |
| 5:05 PM – 4:25 PM+1<br>SWISS, United · Lufthansa | 32h 20m<br>ARN–SFO | 2 stops<br>ZRH, FRA | $528 |
| 11:20 AM – 4:35 PM+1<br>Turkish Airlines | 38h 15m<br>ARN–SFO | 1 stop<br>21h 20m IST | $838 |
| 12:00 PM – 5:20 PM<br>KLM · Delta, Virgin Atlantic | 14h 20m<br>ARN–SFO | 1 stop<br>1h 20m AMS | $993 |





