# EXHIBIT 23

| Form 301<br><br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $750 | <br><br>**Application for Registration of a Foreign For-Profit Corporation** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 803643329 06/09/2020<br>Document #: 975231020002<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

1. The entity is a foreign for-profit corporation. The name of the entity is :

**VOIP-PAL.COM INC.**

2A. The name of the corporation in its jurisdiction of formation does not contain the word "corporation," "company," "incorporated," or "limited" (or an abbreviation thereof). The name of the corporation with the word or abbreviation which it elects to add for use in Texas is:

2B. If the corporate name is not available in Texas, then set forth the name under which the corporation will qualify and transact business in Texas:
**VOIP-PAL.COM INC.**

3. Its federal employer identification number is: **901119230**
☐ Federal employer identification number is not available at this time.

4. It is incorporated under the laws of: **NEVADA, USA** and the date of its formation in that jurisdiction is:
**12/22/1997**

5. As of the date of filing, the undersigned certifies that the foreign corporation currently exists as a valid corporation under the laws of the jurisdiction of its formation.

6. The purpose or purposes of the corporation that it proposes to pursue in the transaction of business in Texas are set forth below. The entity also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.
**Software Development & Licensing**

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the foreign entity first transacted business in Texas is: **06/01/2020**

8. The principal office address of the corporation is:
**10900 NE 4TH STREET, SUITE 2300, BELLEVUE, WA, USA 98004**

☐ 9A. The initial registered agent is an organization by the name of:

☑ 9B. The initial registered agent is an individual resident of the state whose name is:
**WINSTON   HUFF**
☑ 9C. The business address of the registered agent and the registered office address is:
**500 N AKARD STREET**
**SUITE 3800  DALLAS  TX  75201**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

10. The corporation hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11. The name and address of each person on the board of directors is:

| | |
|---|---|
| Director 1: | **D. BARRY    LEE** |
| Address: | **10900 NE 4TH STREET   SUITE 2300  BELLEVUE  WA, USA  98004** |
| Director 2: | **EMIL    MALAK** |
| Address: | **10900 NE 4TH STREET   SUITE 2300  BELLEVUE  WA, USA  98004** |

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: **June 9, 2020**          **/Lewis E. Hudnell, III/**

Signature and title of authorized person on behalf of the foreign entity

FILING OFFICE COPY