# EXHIBIT 24



| | via I-680 N | 2 h 26 min |
|---|---|---|
| | Fastest route now, avoids crashes<br>⚠ This route has tolls. | 117 miles |

| | via I-5 N | 2 h 35 min |
|---|---|---|
| | Slowdown and crash causing 44-min delay | 118 miles |

via CA-99 N — 2 h 40 min

Slowdown and crash causing 58-min delay — 113 miles

## Explore 6600 Cordially Way

 Groceries
 Hotels
 Gas stations
 Parking Lots
 More