# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **VOIP-PAL.COM, INC.,**<br>　　　　*Plaintiff,*<br><br>*v.*<br><br>**FACEBOOK, INC., WHATSAPP, INC.,**<br>　　　　*Defendants.* | § § § § § § § § § | **6:20-CV-00267-ADA** |
| **VOIP-PAL.COM, INC.,**<br>　　　　*Plaintiff,*<br><br>*v.*<br><br>**GOOGLE LLC,**<br>　　　　*Defendant.* | § § § § § § § § § § | **6:20-CV-00269-ADA** |
| **VOIP-PAL.COM, INC.,**<br>　　　　*Plaintiff,*<br><br>*v.*<br><br>**AMAZON.COM, INC.,**<br>**AMAZON.COM SERVICES, LLC,**<br>**AMAZON WEB SERVICES, INC.,**<br>　　　　*Defendants.* | § § § § § § § § § § § | **6:20-CV-00272-ADA** |
| **VOIP-PAL.COM, INC.,**<br>　　　　*Plaintiff,*<br><br>*v.*<br><br>**APPLE INC.,**<br>　　　　*Defendant.* | § § § § § § § § § § | **6:20-CV-00275-ADA** |

| | | |
|---|---|---|
| **VOIP-PAL.COM, INC.,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**AT&T CORPORATION, AT&T SERVICES, INC., AT&T MOBILITY, LLC,**<br>　　　　*Defendants.* | § § § § § § § § § § | **6:20-CV-00325-ADA** |
| **VOIP-PAL.COM, INC.,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS NETWORK SERVICES, INC.,**<br>　　　　*Defendants.* | § § § § § § § § § § § § § § | **6:20-CV-00327-ADA** |

## ORDER STAYING CASES

The above-entitled and numbered cases are stayed until the Northern District of California enters an order on the pending motions to dismiss in each of the following cases:

- *Twitter, Inc. v. Voip-Pal.com, Inc.* (5:20-cv-02397)
- *Apple Inc v. Voip-Pal.com, Inc.* (5:20-cv-02460)
- *AT&T Corp. et al v. VoIP-Pal.com, Inc.* (5:20-cv-02995)
- *Cellco Partnership d/b/a Verizon Wireless v. VoIP-Pal.com, Inc.* (5:20-cv-03092)

Plaintiff is directed to inform this Court within seven days of the entry of the last order.

SIGNED this 29th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE