IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC., | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:20-cv-00269-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF GOOGLE LLC'S UPDATED MOTION TO TRANSFER**

Defendant Google LLC ("Google") hereby provides notice of the recent Federal Circuit decision, *In re: Google LLC*, Case No. 2022-140, 2022 WL 1613192 (Fed. Cir. May 23, 2022) (hereinafter "*In re Google*"), attached as Exhibit A. *In re Google* was decided on May 23, 2022, after completion of briefing on Google's pending Updated Opposed Motion to Transfer (hereinafter "Google's Motion to Transfer"). *See* Dkt. 62.

*In re Google* is particularly relevant to Google's Motion to Transfer. Specifically, in *In re Google* the Federal Circuit analyzed arguments and evidence regarding the convenience factors under Fifth Circuit law and 28 U.S.C. § 1404(a) in relation to Google's (and other parties') request to transfer venue to the Northern District of California. *In re Google*, at *2–5. In analyzing the public and private interest factors, the Federal Circuit ordered the case transferred to the NDCA. *Id.* at *5.

Although *In re Google* is non-precedential, it is instructive regarding the proper evaluation and weighting of the various transfer factors in this case. Google respectfully requests the Court take notice of and consider *In re Google* in deciding Google's Motion to Transfer.

DATED:  May 24, 2022                                Respectfully submitted,

By: */s/ Robert W. Unikel*  
Robert W. Unikel (*Pro Hac Vice*)  
robertunikel@paulhastings.com  
John A. Cotiguala (*Pro Hac Vice*)  
johncotiguala@paulhastings.com  
Matthew Lind (*Pro Hac Vice*)  
mattlind@paulhastings.com  
Grayson S. Cornwell (*Pro Hac Vice*)  
graysoncornwell@paulhastings.com  
PAUL HASTINGS LLP  
71 South Wacker Drive, 45th Floor  
Chicago, IL 60606  
Tel: (312) 499-6000  
Fax: (312) 499-6100  

Robert R. Laurenzi (*Pro Hac Vice*)  
robertlaurenzi@paulhastings.com  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, NY 10166  
Tel: (212) 318-6000  
Fax: (212) 319-4090  

Matthias A. Kamber (*Pro Hac Vice*)  
matthiaskamber@paulhastings.com  
PAUL HASTINGS LLP  
101 California Street, 48th Floor  
San Francisco, CA  94111  
Tel: (415) 856-7000  
Fax: (415) 856-7100  

Ariell N. Bratton (*Pro Hac Vice*)  
ariellbratton@paulhastings.com  
Cole D. Malmberg (*Pro Hac Vice*)  
colemalmberg@paulhastings.com  
PAUL HASTINGS LLP  
4747 Executive Drive, 12th Floor  
San Diego, CA 92121  
Tel: (858) 458-3000  
Fax: (858) 458-3005

                                  Paige Arnette Amstutz
                                  Texas Bar No.: 00796136
                                  pamstutz@scottdoug.com
                                  SCOTT, DOUGLASS & MCCONNICO, LLP
                                  303 Colorado Street, Suite 2400
                                  Austin, TX 78701
                                  Tel: (512) 495-6300
                                  Fax: (512) 495-6399

                                  *Counsel for Defendant Google LLC*


## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 24, 2022, all counsel of record who have appeared in these cases are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                        */s/ Robert W. Unikel*
                                                        Robert W. Unikel